1  Robert W. MacKenzie (SBN#131653)
   MacKenzie Land Law
2  1395 Ridgewood Drive #300
   Chico, CA 95973
3  Tel: (530) 895-9902
   Fax: (530) 566-9203
4  Attorney for Plaintiffs McCasland, Cowee and Rudolph

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD H. McCASLAND, ROCHELLE A. COWEE AND KATHRYN A. RUDOLPH, | **Case No.: 2:08-cv-3163 FCD KJN** |
| Plaintiffs, | **STIPULATION AND ORDER FOR DISMISSAL OF ACTION** |
| vs. | |
| THE COUNTY OF GLENN, THE GLENN COUNTY BOARD OF SUPERVISORS, DANIEL A. OBERMEYER and DOES 1 to 20, inclusive, | **(Public Resources Code section 21167.6(b)(2))** |
| Defendants, | |
| WILLIAM and ANITA PAYER, | |
| Real Parties in Interest | |

COME NOW, Richard H. MacCasland, Rochelle A. Cowee and Kathryn A. Rudolph by and though their attorney of record Robert W. MacKenzie; The County of Glenn, The Glenn County Board of Supervisors and Daniel A. Obermeyer, by and through their attorney of record, Huston T. Carlyle, Jr., County Counsel for Glenn County; and William and Anita Payer, by and through their attorney of record, Todd A. Murray, which parties move that the Court, based on the agreement and stipulation of all parties, dismiss with prejudice the above-referenced action, U. S. District Court for the Eastern District of California, Case No.2:08-cv-3163-FCD-DAD.  The parties hereby agree that all parties shall bear their own attorneys fees and costs. This Stipulation may be executed in counterpart originals, and copies, facsimiles and pdf documents shall be treated as originals.

1

2  Dated: _____           _____/s/_____
                                          Robert W. MacKenzie,
3                                         Attorney for Richard H. MacCasland, Rochelle
                                          A. Cowee and Kathryn A Rudolph
4

5
   Dated: _____           _____/s/_____
6                                         Huston T. Carlyle, Jr., Glenn County Counsel,
                                          Attorney for  The County of Glenn, The Glenn
7                                         County Board of Supervisors and
                                          Daniel A. Obermeyer
8

9
   Dated: _____           _____/s/_____
10                                        Todd A. Murray,  Attorney for William and
                                          Anita Payer
11

12

13

14

15                                        ORDER

16       Good cause appearing, and it being stipulated to by the parties, through their respective

17  counsel, the Court orders the dismissal, with prejudice, of U. S. District Court for the Eastern

18  District of California, Case No.2:08-cv-3163-FCD-DAD.  All parties shall bear their own attorneys

19  fees and costs.

20

21  DATE: March 23, 2010

22
                                          _____
23                                        FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE
24

---